# UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA - DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff:     3347 Bowman Street, Philadelphia, PA 19129

Address of Defendant:    9900 Frankford Avenue, Phila., PA 19144

Place of Accident, Incident or Transaction:   1334 Windrim Avenue, Phila., PA
                              (*Use Reverse Side For Additional Space*)

Does this case involve multidistrict litigation possibilities?          Yes ☐       No ☒

RELATED CASE IF ANY
Case Number:_____        Judge _____        Date Terminated:_____

Civil cases are deemed related when yes is answered to any of the following questions:

1.  Is this case related to property included in an earlier numbered suit
    pending or within one year previously terminated action in this court?      Yes ☐       No ☒

2.  Does this case involve the same issue of fact or grow out of the same
    transaction as a prior suit pending or within one year previously
    terminated action in this court?                                           Yes ☐       No ☒

3.  Does this case involve the validity or infringement of a patent
    already in suit or any earlier numbered case pending or within one
    year previously terminated action in this court?                           Yes ☐       No ☒

CIVIL: (Place ☒ in ONE CATEGORY ONLY)

A.  *Federal Question Cases*:
  1.  ☐  Indemnity Contract, Marine Contract, and All Other Contracts
  2.  ☐  FELA
  3.  ☐  Jones Act - Personal Injury
  4.  ☐  Antitrust
  5.  ☐  Patent
  6.  ☐  Labor - Management Relations
  7.  ☐  Civil Rights
  8.  ☐  Habeas Corpus
  9.  ☐  Securities Act(s) Cases
  10. ☐  Social Security Review Cases
  11. ☒  All other Federal Question Cases (Please specify) Title VII

B.  *Diversity Jurisdiction Cases*:
  1.  ☐  Insurance Contract and Other Contracts
  2.  ☐  Airplane Personal Injury
  3.  ☐  Assault, Defamation
  4.  ☐  Marine Personal Injury
  5.  ☐  Motor Vehicle Personal Injury
  6.  ☐  Other Personal Injury (Please specify)
  7.  ☐  Products Liability
  8.  ☐  Products Liability - Asbestos
  9.  ☐  All other Diversity Cases (Please specify)

## ARBITRATION CERTIFICATION
(*Check appropriate category*)

I, _____, counsel of record do hereby certify:

☐  Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that, to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000 exclusive of interest and cost;

☐  Relief other than monetary damages is sought.

DATE:_____      _____      _____
                          Attorney-at-Law                        Attorney I.D. #

    NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE:_____      _____      52729
                          Attorney-at-Law Frank Schwartz, Esquire    Attorney I.D. #

CIV. 609 (9/99)